UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY D. TEMPLETON,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No. CV-08-0330-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 19.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 9.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion for remand **(Ct. Rec. 19)** is **GRANTED**. The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge shall evaluate the claimant's bladder dysfunction at step two; reassess the claimant's residual functional capacity based on the medically determinable impairments;

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

 1 reevaluate the claimant's credibility; and determine the claimant's
 2 ability to work, with the assistance of vocational expert testimony,
 3 as necessary.
 4     2.   Judgment shall be entered for the **PLAINTIFF**.
 5     3.   An application for attorney fees may be filed by separate
 6 motion.
 7     The District Court Executive is directed to enter this Order,
 8 forward copies to counsel, and thereafter shall close this file.
 9     DATED May 14, 2009.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2